IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02050-PAB-KLM

FAMATTA JOHNSON, on behalf of herself and all similarly situated persons,

    Plaintiff,

v.

MARINA FRENKEL, an individual,
SUPER HEALTH CARE, INCORPORATED, a Colorado corporation, and
SUPREME HEALTH CARE, LLC, a Colorado limited liability company,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Extension of Time and to Vacate Scheduling Conference** [#17] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#17] is **GRANTED**. Defendants shall file an answer or other response on or before **December 13, 2013**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for December 3, 2013 at 11:00 a.m. is **VACATED** and **RESET** to **January 28, 2014 at 9:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **January 21, 2014**.

    Dated: November 15, 2013